United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANXIA SHI,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | Case No. 26-cv-06285-SK<br><br>**ORDER TO SHOW CAUSE** |

On October 27, 2026, Defendants filed a motion to dismiss. (Dkt. No. 20.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due to be filed by no later than November 10, 2026. To date, Plaintiff has not yet filed any opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than November 19, 2026, why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant Defendant's motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, she must submit a request to do so showing good cause for her failure to comply with the deadline required by the Local Rules and must submit her proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause ("OSC"), along with her proposed opposition to the motion to dismiss, by November 19, 2026, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

/ / /

/ / /

/ / /

/ / /

If Plaintiff demonstrates good cause for her delay and seeks to oppose the motion to dismiss, the Court will provide Defendant with an opportunity to file a reply to address the opposition brief.

**IT IS SO ORDERED**.

Dated: November 12, 2026

SALLIE KIM
United States Magistrate Judge